IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 09-cv-00724-WDM-MEH

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Plaintiff,

v.

DENVER HASLAM, et al.,

    Defendants.

---

**NOTICE OF DISMISSAL**
**OF COUNTERCLAIMS OF FALL RIVER VILLAGE COMMUNITIES, LLC**

---

The court takes judicial notice that the parties have filed a Stipulation for Dismissal Without Prejudice of Defendant Fall River Village Communities, LLC's counterclaims in accordance with Fed. R. Civ. P. 41(a)(2). Accordingly, the counterclaims are dismissed without prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on June 29, 2009.

                                        BY THE COURT:

                                        s/ Walker D. Miller
                                        United States Senior District Judge

PDF FINAL