IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Case No. 09-cv-00724-WDM-MEH

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

       Plaintiff,

  v.

DENVER HASLAM, et al.,

       Defendants.

_____

**ORDER FOR STAY DUE TO BANKRUPTCY
AS TO DEFENDANT COMMERCIAL CAPITAL, INC. ONLY**

_____

This matter is before me on the Suggestion of Bankruptcy filed by Commercial Capital, Inc. (doc. no. 50) Pursuant to 11 U.S.C. § 362, *Fortier v. Dona Anna Plaza Partners*, 747 F.2d 1324, 1329-30 (10th Cir. 1984) this matter is stayed as to this defendant only pending the outcome of the bankruptcy proceedings.

DATED at Denver, Colorado, on July 13, 2009.

                                      BY THE COURT:

                                      s/ Walker D. Miller
                                      United States Senior District Judge