IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00724-REB-MEH

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Plaintiff,

v.

DENVER HASLAM,
COMMERCIAL CAPITAL, INC.,
MIKEL MEWBOURN,
M&B DEVELOPMENT GROUP, INC.,
FALL RIVER VILLAGE COMMUNITIES, LLC,
ONEWEST BANK, FSB, and
DEUTSCHE BANK NATIONAL TRUST COMPANY,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 23, 2009.**

    The unopposed[1] Motion to Vacate Settlement Conference filed by Defendants OneWest Bank, FSB and Deutsche Bank National Trust Co. [filed October 22, 2009; docket #60] is **granted**. On or before November 2, 2009, counsel for the parties shall conference together and call my Chambers at (303) 844-4507 to obtain an alternate date for the settlement conference.

---

[1] *See* docket #62.