IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00724-REB-MEH

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

      Plaintiff,

v.

DENVER HASLAM,
COMMERCIAL CAPITAL, INC.,
MIKEL MEWBOURN,
M&B DEVELOPMENT GROUP, INC.,
FALL RIVER VILLAGE COMMUNITIES, LLC,
ONEWEST BANK, FSB, and
DEUTSCHE BANK NATIONAL TRUST COMPANY,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 30, 2009.**

      The Unopposed Motion to Vacate [and Rescheduled] Status Conference [filed October 29, 2009; docket #69] is **granted**. The Status Conference scheduled in this case for November 3, 2009, is **vacated and rescheduled** for **November 4, 2009, at 9:30 a.m.** in Courtroom 203 on the second floor of the Byron G. Rogers United States Courthouse located at 1929 Stout Street, Denver, Colorado.

      Counsel for the parties may appear at the Status Conference by telephone by first conferencing together, then calling my Chambers at (303) 844-4507 at the appointed time. The parties should be prepared to discuss the relief requested in the Stipulated Motion to Indefinitely Extend Expert Disclosure Deadlines currently pending before the Court.