IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00724-REB-MEH

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

      Plaintiff,

v.

DENVER HASLAM,
COMMERCIAL CAPITAL, INC.,
MIKEL MEWBOURN,
M&B DEVELOPMENT GROUP, INC.,
FALL RIVER VILLAGE COMMUNITIES, LLC,
ONEWEST BANK, FSB, and
DEUTSCHE BANK NATIONAL TRUST COMPANY,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 4, 2009.**

      The Unopposed Motion to Participate in Settlement Conference by Phone filed by Defendants OneWest Bank and Deutsche Bank [filed December 3, 2009; docket #83] is **granted**. Counsel shall ensure that the client representative for these Defendants be available by telephone throughout the entirety of the conference. As in all cases, if the absence of a party impedes the progression of settlement efforts, the Court may require that the party attend in person any subsequent conferences.