IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00724-REB-MEH

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Plaintiff,

v.

DENVER HASLAM,
COMMERCIAL CAPITAL, INC.,
MIKEL MEWBOURN,
M&B DEVELOPMENT GROUP, INC.,
FALL RIVER VILLAGE COMMUNITIES, LLC,
ONEWEST BANK, FSB, and
DEUTSCHE BANK NATIONAL TRUST COMPANY,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 22, 2010.**

    The Motion for Protective Order to Preclude Depositions filed by Adlfinger Insurance Agency [filed February 22, 2010; docket #131] is **denied**. The "pending motions" to which Adlfinger refers, and which apparently have prompted its request, do not exist in this case.[1] Therefore, Adlfinger has failed to demonstrate good cause for the entry of a protective order precluding its attendance at scheduled depositions.

---

[1] Adlfinger refers to a motion for relief from stay; however, while Judge Miller entered an order staying the matter as to Defendant Commercial Capital, Inc. on July 13, 2009 [docket #53], the record reflects no motion currently pending before the Court seeking relief from that stay. Also, the record reflects no pending motions seeking amendment of the pleadings.