IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00724-REB-MEH

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Plaintiff,

v.

DENVER HASLAM,
COMMERCIAL CAPITAL, INC.,
MIKEL MEWBOURN,
M&B DEVELOPMENT GROUP, INC.,
FALL RIVER VILLAGE COMMUNITIES, LLC,
ONEWEST BANK, FSB, and
DEUTSCHE BANK NATIONAL TRUST COMPANY,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 29, 2010.**

    In the interests of justice and pursuant to Fed. R. Civ. P. 13(g) and 15(a), the unopposed[1] Motion for Leave to File Cross-Complaint [filed March 1, 2010; docket #139] is **granted**. The Clerk of the Court is directed to file the Cross-Complaint found at docket #139-2. Defendant Haslam shall file an answer or other response to the Cross-Complaint in accordance with Fed. R. Civ. P. 15(a).

---

    [1] Although the motion certifies that Defendants Haslam, Mewbourn and M&B Development oppose the motion, none of the listed Defendants responded to the motion within the time permitted by Fed. R. Civ. P. 6 and D.C. Colo. LCivR 7.1C. Moreover, none of the Defendants requested additional time within which to respond to the motion.