IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 09-cv-00724-REB-MEH

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

    Plaintiff,

v.

DENVER HASLAM,
COMMERCIAL CAPITAL, INC.,
MIKEL MEWBOURN M&B,
DEVELOPMENT GROUP, INC.,
FALL RIVER VILLAGE COMMUNITIES, LLC,
ONEWEST BANK, FSB DEUTSCHE BANK, and
NATIONAL TRUST COMPANY,

    Defendants.

## MINUTE ORDER[1]

The matter comes before the court on the following motions:

a. **Plaintiff's Motion For Leave To Exceed Page Limitation Set Forth in Reb Civ. Practice Standard V.I.4.a** [#184] filed May 6, 2010; and

b. Defendants' **Motion To File Brief in Excess of Page Limitations** [#187] filed May 17, 2010.

After reviewing the motions and the file, the court has concluded that the motions should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Plaintiff's Motion For Leave To Exceed Page Limitation Set Forth in Reb Civ. Practice Standard V.I.4.a** [#184] filed May 6, 2010, is **GRANTED**;

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

2. Plaintiff may file two (2) separate motions for summary judgment and each such motion is limited to eighteen (18) pages;

3. That defendants' **Motion To File Brief in Excess of Page Limitations** [#187] filed May 17, 2010, is **GRANTED**; and

4. That defendants OneWest Bank, FSB and Deutsche Bank National Trust Company may file a motion for summary judgment up to thirty (30) pages in length.

Dated:  May 17, 2010