IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 09-cv-00724-REB-MEH | Date: July 2, 2010 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom C203** |

| | |
|---|---|
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, INC., | Shauna L. Hilgers |
| Plaintiff, | |
| vs. | |
| DENVER HASLAM, | Michael Carrigan |
| COMMERCIAL CAPITAL, INC., | |
| MIKEL MEWBOURN, | Randy Dunn |
| M&B DEVELOPMENT GROUP, INC., | |
| FALL RIVER VILLAGE COMMUNITIES, LLC, | |
| ONEWEST BANK, FSB, and | |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, | |
| Defendants. | |
| ADLFINGER INSURANCE AGENCY and | |
| FALL RIVER VILLAGE COMMUNITIES, LLC, #2, | |
| Interested Parties. | |

**COURTROOM MINUTES/MINUTE ORDER**

**MOTION HEARING**

**Court in session:** 1:41 p.m.

Court calls case. Appearances of counsel.

Discussion regarding the trial date.

1:45 p.m.      Off the record.
1:51 p.m.      On the record.

Argument and discussion regarding Plaintiff's Motion for Sanctions Against Mewbourn, M&B Development Group, Inc., and M&B Contracting, Inc. (Doc. 230, filed 6/24/10).

**ORDERED:** 1.     Mr. Dunn shall file a status report on or before **July 6, 2010,** identifying documents with Bates numbers in his possession at his office that he believes constitute the totality of documents in Mr. Mewbourn's or M&B's

        possession, custody, or control relating to the transfer of the property from M&B Development to Denver Haslam. After visiting Mr. Mewbourn's residence, Mr. Dunn shall file a second status report on or before **July 12, 2010,** identifying documents Mr. Mewbourn may have in his possession, custody, or control relating to the transfer of the property from M&B Development to Denver Haslam.

2. For reasons stated on the record, Plaintiff's Motion for Sanctions Against Mewbourn, M&B Development Group, Inc., and M&B Contracting, Inc. (Doc. #230, filed 6/24/10) is DENIED, pending reconsideration by the Court if any surprising information is brought out in the status reports.

3. A telephonic Status Conference is set for **July 13, 2010, at 3:00 p.m.** Counsel are directed to first conference together and then contact chambers at (303)844-4507 at the designated time.

Discussion regarding Plaintiff's request to take additional depositions.

2:39 p.m.    Off the record.
2:43 p.m.    On the record.

**Court in recess:**    2:43 p.m. **(Hearing concluded)**
**Total time in court:**  0:52