**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Action No. 09-cv-00724-REB-MEH

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

    Plaintiff,

v.

DENVER HASLAM,
COMMERCIAL CAPITAL, INC.,
MIKEL MEWBOURN M&B,
DEVELOPMENT GROUP, INC.,
FALL RIVER VILLAGE COMMUNITIES, LLC,
ONEWEST BANK, FSB DEUTSCHE BANK, and
NATIONAL TRUST COMPANY,

    Defendants.

**ORDER APPROVING STIPULATION PURSUANT TO RULE 41 FOR DISMISSAL OF FIRST COUNTERCLAIMS OF FALL RIVER VILLAGE COMMUNITIES**

**Blackburn, J.**

    The matter before me is the **Stipulation Pursuant To Rule 41 For Dismissal of First Counterclaim of Fall River Village Communities** [#264] filed July 28, 2010. After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that the first counterclaim of Fall River Village Communities (breach of contract) should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation Pursuant To Rule 41 For Dismissal of First Counterclaim of Fall River Village Communities** [#264] filed July 28, 2010, is **APPROVED**;

2. That the first counterclaim of Fall River Village Communities (breach of contract) is **DISMISSED WITH PREJUDICE**; and

3. That pursuant to REB Civ. Practice Standard II.I.1, the parties shall file a joint status report by **August 9, 2010**, identifying the remaining claims in this matter.

Dated July 28, 2010, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge