**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  09-cv-00724-REB-MEH

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

    Plaintiff,

v.

DENVER HASLAM,
COMMERCIAL CAPITAL, INC.,
MIKEL MEWBOURN M&B,
DEVELOPMENT GROUP, INC.,
FALL RIVER VILLAGE COMMUNITIES, LLC,
ONEWEST BANK, FSB DEUTSCHE BANK, and
NATIONAL TRUST COMPANY,

    Defendants.

**ORDER OF DISMISSAL AS TO DEFENDANT,
FALL RIVER VILLAGE COMMUNITIES, LLC, ONLY**

**Blackburn, J.**

    The matter before me is the **Stipulation For Dismissal With Prejudice of Claims Between Plaintiff American Family Mutual Insurance Company and Defendant Fall River Village Communities, LLC, Only** [#291] filed January 14, 2011. After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that plaintiff's claims against defendant, Fall River Village Communities, LLC, should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation For Dismissal With Prejudice of Claims Between Plaintiff American Family Mutual Insurance Company and Defendant Fall River**

**Village Communities, LLC, Only** [#291] filed January 14, 2011, is **APPROVED**;

    2. That plaintiff's claims against defendant, Fall River Village Communities, LLC, are **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs; and

    3. That defendant, Fall River Village Communities, LLC, is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated January 14, 2011, at Denver, Colorado.

                                    **BY THE COURT:**

                                    */s/ Robert E. Blackburn*
                                    Robert E. Blackburn
                                    United States District Judge