**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE DAVID M. EBEL**

Courtroom Deputy: Emily Seamon  
Court Reporter:   Tracy Weir

Date: August 3, 2011

Civil Action No. 09-cv-00724-DME-MEH

| *Parties:* | *Counsel:* |
|---|---|
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, INC., a Wisconsin corporation, | Lelia Kathleen Chaney  Shauna L. Hilgers |
| Plaintiff, | |
| v. | |
| DENVER HASLAM, COMMERCIAL CAPITAL, INC., MIKEL MEWBOURN, M&B DEVELOPMENT GROUP, INC., FALL RIVER VILLAGE COMMUNITIES, LLC, | Michael A. Connolly  John F. Young |
| ONEWEST BANK, FSB, and DEUTSCHE BANK NATIONAL TRUST COMPANY, | Michael J. Carrigan |
| Defendants. | |

_____

**COURTROOM MINUTES**
_____

HEARING: MOTIONS

**11:03 a.m.   Court in session.**

Also present: James Markus, Trustee of Commercial Capital, Inc.

Discussion between the Court and counsel regarding submitting Notices of Remaining Issues.

| | |
|---|---|
| **ORDER:** | Denver Haslam and Commercial Capital, Inc. shall submit Notices of Remaining Issues by the end of the day on Wednesday, **August 3, 2011**. |
| 11:08 a.m. | Argument by Ms. Chaney regarding Plaintiff's Motion to Disqualify Holland & Hart as Counsel for Defendants/Crossclaimants/Crossclaim Defendants OneWest Bank, FSB and Deutsche Bank National Trust Company. |
| 11:11 a.m. | Argument by Mr. Carrigan regarding Plaintiff's Motion to Disqualify Holland & Hart as Counsel. |
| 11:17 a.m. | Argument by Ms. Chaney regarding Plaintiff/Counter-Defendant American Family's Objection to Magistrate Judge's Order Denying Motion for Leave to File Designation of Nonparties, and Plaintiff/Counter-Defendant American Family's Motion to Consolidate Cases for Trial Pursuant to Fed. R. Civ. P. 42(a). |
| 11:28 a.m. | Argument by Mr. Carrigan regarding Plaintiff/Counter-Defendant American Family's Objection to Magistrate Judge's Order Denying Motion for Leave to File Designation of Nonparties. |
| 11:38 a.m. | Argument by Ms. Chaney regarding the standard of review for Magistrate Judge Hegarty's ruling. |
| **ORDER:** | Ms. Chaney and Mr. Carrigan may file case law on the subject of a standard of review for Magistrate Judge Hegarty's ruling by close of business on Friday, **August 5, 2011**, not to exceed three pages in length. |
| 11:39 a.m. | Reply by Ms. Chaney regarding Plaintiff/Counter-Defendant American Family's Objection to Magistrate Judge's Order Denying Motion for Leave to File Designation of Nonparties. |
| 11:44 a.m. | Reply by Mr. Carrigan regarding the designation of the non-party. |
| 11:45 a.m. | Statement by Mr. Connolly regarding the designation of the non-party. |
| 11:49 a.m. | Argument by Mr. Carrigan regarding the Motion to Consolidate Cases for Trial. |
| 11:51 a.m. | Reply by Ms. Chaney regarding the Motion to Consolidate Cases for Trial. |
| **ORDER:** | The parties may submit response briefs to the standard of review, not to exceed two pages in length, by **12:00 p.m. on Friday, August 5, 2011.** |
| **ORDER:** | Plaintiff/Counter-Defendant American Family's Objection to Magistrate |

                Judge's Order Denying Motion for Leave to File Designation of Nonparties [Docket No. 320, Filed June 16, 2011] is TAKEN UNDER ADVISEMENT.

**ORDER:**  Plaintiff/Counter-Defendant American Family's Motion to Consolidate Cases for Trial Pursuant to Fed. R. Civ. P. 42(a) [Docket No. 323, Filed June 17, 2011] is TAKEN UNDER ADVISEMENT.

**11:53 a.m.    Court in recess.**

Total in-court time:   00:50

Hearing concluded.