# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00724-DME-MEH

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, INC.,

      Plaintiff,

v.

DENVER HASLAM, et al.,

      Defendants.

## ORDER

THIS MATTER comes before the Court on Defendants and counterclaimants OneWest Bank, FSB and Deutsche Bank National Trust Company (Jointly, the Banks) Motion to Strike Reply Brief or, Alternatively, for Leave to File a Surreply to American Family's Reply in Support of its Motion to to Disqualify [Doc. No. 370].  The Banks' motion is denied in part and granted in part.  It here hereby

ORDERED that the motion to strike reply brief is DENIED.

IT IS FURTHER ORDERED that the motion for leave to file a surreply to American Family's reply in support of its motion to disqualify is GRANTED.

Dated this ___9th___ day of _____December_____, 2011.

BY THE COURT:

*s/ David M. Ebel*
_____
U. S. CIRCUIT COURT JUDGE
DISTRICT OF COLORADO