IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 09-cv-00724-DME-MEH | Date: December 30, 2011 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom A501** |

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, INC.            Shauna Hilgers

    Plaintiff,

vs.

DENVER HASLAM,
COMMERCIAL CAPITAL, INC.,
MIKEL MEWBOURN,
M & B DEVELOPMENT GROUP, INC.,
FALL RIVER VILLAGE COMMUNITIES, LLC,
ONEWEST BANK, FSB, and                                                          Michael Carrigan
DEUTSCHE BANK NATIONAL TRUST COPMANY,

    Defendants.

JAMES T. MARKUS,                                                                        Steven Rider

    Interested Party.

### COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**

**Court in session:**     **10:33 a.m.**

Court calls case. Appearances of counsel.

Argument and discussion regarding Motion for Protective Order by Commercial Capital, Inc. Re: American Family's Rule 30(b)(6) Notices (Doc. #383, filed 11/10/11).

**ORDERED:** Motion for Protective Order by Commercial Capital, Inc. Re: American Family's Rule 30(b)(6) Notices (Doc. #383, filed 11/10/11) is GRANTED in part and DENIED in part. Plaintiff will be allowed to take a four-hour deposition of Dennis Zehnle, Commercial Capital, Inc.'s designated Rule 30(b)(6) witness; and a four-hour supplemental deposition of Matt Witt. The depositions shall be completed by **January 30, 2012.**

**Court in recess:**     **11:15 a.m.**   **(Hearing concluded)**
**Total time in court:**  0:42