# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00724-DME-MEH

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, INC., a Wisconsin corporation,

    Plaintiff,

v.

DENVER HASLAM,
COMMERCIAL CAPITAL, INC.,
ONEWEST BANK, FSB, and,
DEUTSCHE BANK NATIONAL TRUST COMPANY,

    Defendants;


DENVER HASLAM,
COMMERCIAL CAPITAL, INC.,

    Counterclaimants,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, INC., a Wisconsin corporation,

    Counter-Defendant;


COMMERCIAL CAPITAL, INC.,
ONEWEST BANK, FSB,
DEUTSCHE BANK NATIONAL TRUST COMPANY, and
FALL RIVER VILLAGE COMMUNITIES, LLC,

    Cross-claimants,

v.

DENVER HASLAM,
COMMERCIAL CAPITAL, INC.,
ONEWEST BANK, FSB,

DEUTSCHE BANK NATIONAL TRUST COMPANY, and
FALL RIVER VILLAGE COMMUNITIES, LLC,

      Cross-Claim-Defendants

---

### ORDER GRANTING JOINT MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE AS TO CLAIMS BETWEEN AMERICAN FAMILY AND DENVER HASLAM

---

THIS MATTER having come before the Court upon the joint motion of American Family Mutual Insurance Company and Denver Haslam [Doc. No. 412], and the Court having been advised in the premises,

IT IS HEREBY ORDERED that the claims between American Family Mutual Insurance Company and Denver Haslam pled in this action are hereby dismissed with prejudice, each party to bear their own fees and costs.  All other claims and defenses in this action shall remain in the case.

Dated this __26th__ day of _____January_____, 2012.

                BY THE COURT:

                *s/ David M. Ebel*
                _____
                U. S. CIRCUIT COURT JUDGE
                DISTRICT OF COLORADO