IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.  09-cv-00724-DME-MEH | Date:   January 30, 2012 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom A501** |

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, INC.        Shauna Hilgers
                                                                                            Kathleen Chaney

      Plaintiff,

vs.

DENVER HASLAM,                                                                      Michael Connolly
COMMERCIAL CAPITAL, INC.,
MIKEL MEWBOURN,
M & B DEVELOPMENT GROUP, INC.,
FALL RIVER VILLAGE COMMUNITIES, LLC,                           Jose Ramirez
ONEWEST BANK, FSB, and                                                      Michael Carrigan
DEUTSCHE BANK NATIONAL TRUST COPMANY,

      Defendants.

JAMES T. MARKUS,                                                                    Steven Rider
                                                                                            John Young
      Interested Party.                                                Jennifer Salisbury

## COURTROOM MINUTES/MINUTE ORDER

**FINAL PRETRIAL CONFERENCE**

**Court in session:**        **9:38 a.m.**

Court calls case.  Appearances of counsel.  James T. Markus is present.

Discussion regarding the status of the case, what issues remain to be tried, pending dispositive motions, the Joint Motion for Voluntary Dismissal With Prejudice as to Claims Between American Family and Denver Haslam (Doc. #412, filed 1/27/12), and motions that counsel intend to file.

**ORDERED:**   1.   Any motions that the parties believe are necessary arising out of the resolution between Plaintiff and Defendant Haslam shall be filed by **February 3, 2012.**

            2.   By **February 6, 2012,** Counsel shall submit a separate "Statement of Outstanding Issues and Claims by _____ ," stating what issues remain to be tried, as well as if any discovery is necessary based on Plaintiff's and

Defendant Haslam's agreement.

3.      By close of business on **January 31, 2012,** a copy of the agreement between Plaintiff and Defendant Haslam shall be produced to counsel for all other defendants and interested parties, subject to attorneys' eyes only and under seal.

4.      The Final Pretrial Order is not approved and will not be entered.  The Final Pretrial Conference is continued to **February 21, 2012, at 3:00 p.m.  Also at that time, the Court will hear argument on any motions that have been referred.**  Counsel shall also be prepared to discuss the status of the case at that time.

**Court in recess:**      **10:07 a.m.  (Hearing concluded)**
**Total time in court:** 0:29