IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00724-DME-MEH

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

    Plaintiff,

v.

DENVER HASLAM,
COMMERCIAL CAPITAL, INC.,
ONEWEST BANK, FSB,
DEUTSCHE BANK NATIONAL TRUST COMPANY,

    Defendants;

JAMES T. MARKUS, Chapter 11 Trustee for Commercial Capital Inc.,

    Interested Party;

DENVER HASLAM,

    Counter Claimant,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

    Counter-Defendant;

ONEWEST BANK, FSB,
DEUTSCHE BANK NATIONAL TRUST COMPANY, and
FALL RIVER VILLAGE COMMUNITIES, LLC,

    Cross-Claimants,

v.

DENVER HASLAM,

    Cross-Claim Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 1, 2012**.

This matter comes before the Court *sua sponte*. Due to the filing of Plaintiff's objection/appeal of this Court's decision ordering Plaintiff and Denver Haslam to produce their settlement agreement under the protection of an "attorney's eyes only" protective order, and due to this Court's belief that this action cannot effectively proceed absent the District Court's order resolving the issue, the Court hereby **vacates** the deadlines and hearings set forth in this Court's January 30, 2012 order. Immediately upon the filing of the District Court's order ruling on the objection/appeal, the parties shall contact my Chambers by calling 303.844.4507 to arrange a Status Conference at which this Court will hear any outstanding issues and reschedule the Final Pretrial Conference.