IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.  09-cv-00724-DME-MEH | Date:   February 13, 2012 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom A501** |

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, INC.         Kathleen Chaney

     Plaintiff,

vs.

DENVER HASLAM,                                                                                  Michael Connolly
COMMERCIAL CAPITAL, INC.,
MIKEL MEWBOURN,
M & B DEVELOPMENT GROUP, INC.,
FALL RIVER VILLAGE COMMUNITIES, LLC,                                 Jose Ramirez
ONEWEST BANK, FSB, and                                                              Michael Carrigan
DEUTSCHE BANK NATIONAL TRUST COPMANY,

     Defendants.

JAMES T. MARKUS,                                                                              Steven Rider

     Interested Party.

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC STATUS CONFERENCE**

**Court in session:         9:09 a.m.**

Court calls case.  Appearances of counsel.  Ms. Chaney, Mr. Connolly, and Mr. Rider appear by telephone.

Discussion regarding the status of the case, what issues remain to be tried, pending dispositive motions, and the order bifurcating the trial. Mr. Carrigan states that the settlement agreement between Plaintiff and Defendant Haslam has been disclosed.

**ORDERED:**   1.    Motions occasioned by the settlement agreement shall be filed on or before **February 17, 2012;** responses shall be filed on or before **February 24, 2012;** and any replies shall be filed on or before **February 28, 2012.**  Any supplemental briefing on dispositive motions shall be filed on or before **February 17, 2012.**

2. The parties shall file their individual Statement of Outstanding Issues and Claims on or before **February 21, 2012.**

3. The Court will hear oral argument on any motions referred on **February 29, 2012, at 9:00 a.m.** The Court will also set a date for the Final Pretrial Conference at that time.

4. The settlement agreement between Plaintiff and Defendant Haslam may be viewed by one client representative for each of the other parties.

**Court in recess:** **10:07 a.m.  (Hearing concluded)**
**Total time in court:** 0:29