IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 09-cv-00724-DME-MEH | Date: February 29, 2012 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom A501** |

| | |
|---|---|
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY INC., | Shauna Hilgers |
| | Michael Paul |
| Plaintiff, | |
| vs. | |
| DENVER HASLAM, | Michael Connolly |
| COMMERCIAL CAPITAL, INC., | |
| MIKEL MEWBOURN, | |
| M&B DEVELOPMENT GROUP, INC., | |
| FALL RIVER VILLAGE COMMUNITIES, LLC, | Jose Ramirez |
| ONEWEST BANK, FSB, and | |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, | |
| Defendants. | |
| ADLFINGER INSURANCE AGENCY and | |
| JAMES T. MARKUS, | John Young |
| | Jennifer Salisbury |
| Interested Parties. | |

**COURTROOM MINUTES/MINUTE ORDER**

**MOTIONS HEARING**

**Court in session:** 9:03 a.m.

Court calls case. Appearances of counsel.

Court's opening remarks.

Argument and discussion regarding Defendants OneWest Bank, FSB, and Deutsche Bank National Trust Company's Motion for Leave to Amend to Add Claims and to Conduct Additional Discovery (Doc. 441, filed 2/17/12) and Defendant CCI's Motion for Leave to Conduct Additional Fact Discovery and, if necessary, to File Amended Counterclaim(s) Following Discovery (Doc. 448, filed 2/17/12).

**ORDERED:** Defendants OneWest Bank, FSB, and Deutsche Bank National Trust Company's ("Defendant Banks") Motion for Leave to Amend to Add Claims and to Conduct Additional Discovery (Doc. 441, filed 2/17/12) and Defendant CCI's Motion for

Leave to Conduct Additional Fact Discovery and, if necessary, to File Amended Counterclaim(s) Following Discovery (Doc. 448, filed 2/17/12) are GRANTED as stated on the record:

- Plaintiff will be allowed **one** three-hour 30(b)(6) witness deposition per Defendant; **one**, three-hour fact deposition; and **two** Requests for Production of Documents each from Defendant Banks and Defendant CCI. Defendant Banks and Defendant CCI will each be allowed **one**, three-hour fact deposition; **one** three-hour 30(b)(6) witness deposition, and **two** (2) Requests for Production of Documents.

- Any counterclaims or amended pleadings of any kind shall be filed by **close of business on March 2, 2012.**

- Any cross-briefs on the issue of privilege regarding the settlement agreement between Plaintiff and Defendant Denver Haslam shall be filed by **close of business on March 5, 2012.** No extensions of time will be granted regarding responses or replies.

- Discovery deadline:   **April 16, 2012.**

- Dispositive motion deadline:  **April 16, 2012.**

- A Final Pretrial Conference is set for **April 23, 2012 at 9:00 a.m.** (In addition to filing a PDF copy with the Clerk of the Court, counsel should **e-mail** the proposed Final Pretrial Order in **Word or WordPerfect format** to Magistrate Judge Hegarty's chamber's email account at Hegarty_Chambers@cod.uscourts.gov **one week  prior to the conference.**)

**Court in recess:**     10:20 a.m.  (Hearing concluded)
**Total time in court:**  1:17