IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00724-DME-MEH

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

    Plaintiff,

v.

DENVER HASLAM,
COMMERCIAL CAPITAL, INC.,
ONEWEST BANK, FSB,
DEUTSCHE BANK NATIONAL TRUST COMPANY,

    Defendants;

JAMES T. MARKUS, Chapter 11 Trustee for Commercial Capital Inc.,

    Interested Party;

DENVER HASLAM,

    Counter Claimant,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

    Counter-Defendant;

ONEWEST BANK, FSB,
DEUTSCHE BANK NATIONAL TRUST COMPANY, and
FALL RIVER VILLAGE COMMUNITIES, LLC,

    Cross-Claimants,

v.

DENVER HASLAM,

    Cross-Claim Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 16, 2012**.

      Cross-Claimant Fall River Village Communities, LLC's unopposed Motion for Access to Entire Docket [filed March 16, 2012; docket #498] are **denied as moot**. The Court has confirmed with the Clerk of Court that documents restricted under Level 1 are accessible by the parties and/or their counsel. Because Mr. Oppenheim has entered his appearance on the docket, he should have access to the documents maintained under restriction level 1 in this case. If Mr. Oppenheim has any questions regarding this procedure, he is directed to contact the Clerk of the Court at (303) 844-3433.