IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 09-cv-00724-DME-MEH | Date: March 27, 2012 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom A501** |

| | |
|---|---|
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY INC., | Shauna Hilgers |
| Plaintiff, | |
| vs. | |
| DENVER HASLAM, | Michael Connolly |
| COMMERCIAL CAPITAL, INC., | |
| MIKEL MEWBOURN, | |
| M&B DEVELOPMENT GROUP, INC., | |
| FALL RIVER VILLAGE COMMUNITIES, LLC, | David Oppenheim |
| ONEWEST BANK, FSB, and | Jose Ramirez |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, | Michael Carrigan |
| Defendants, | |
| v. | |
| JAMES T. MARKUS, | John Young |
| Cross Claimant. | |
| ADLFINGER INSURANCE AGENCY, | |
| Interested Party. | |

**COURTROOM MINUTES/MINUTE ORDER**

**MOTIONS HEARING**

**Court in session:** 1:38 p.m.

Court calls case. Appearances of counsel.

Argument and discussion regarding Motion for Leave to Amend to Add Third-Party Claims Against Meritplan filed by Plaintiff/Counter-Defendant and Cross-Claim Defendant (Restricted Doc. #468, Public Doc. #471, filed 3/2/12); and Motion to Withdraw as Counsel filed by Michael A. Connolly (Doc. #521, filed 3/22/12).

**ORDERED:**

1. The Motion for Leave to Amend to Add Third-Party Claims Against Meritplan (Restricted Doc. #468, public entry Doc. #471, filed 3/2/12) is GRANTED. The Third Party Complaint shall be filed without restriction **no later than close of business on March 28, 2012.**

2. Status Conference set for **April 3, 2012, at 9:15 a.m.** to discuss scheduling issues regarding Meritplan. **All parties and counsel must be present** either in person or by telephone. If the parties wish to appear by telephone, they are directed to first conference together and then contact chambers at (303)844-4507. Counsel are directed to inform Meritplan of the conference.

3. Any cross-claims by the parties shall be filed **on or before April 2, 2012.**

4. In order to facilitate Mr. Haslam's presence at the Status Conference, the Motion to Withdraw as Counsel filed by Michael A. Connolly (Doc. #521, filed 3/22/12) is deferred until the hearing on April 3, 2012. The Court anticipates granting the motion at that time. Mr. Connolly will be excused from the hearing after the motion is granted.

Discussion regarding settlement funds received by Denver Haslam, scheduling of depositions, and topics for the 30(b)(6) depositions. Counsel request that the depositions previously ordered by the Court take place at the courthouse. The depositions are scheduled for April 17, 2012, at the Alfred A. Arraj United States Courthouse, located at 901 19th Street, 5th Floor, Denver, Colorado.

**Court in recess:**     2:29 p.m.   (Hearing concluded)
**Total time in court:**  0:51