**THIRD PARTY SUMMONS IN A CIVIL ACTION**

**United States District Court
for the District of Colorado**

Civil Action Number: 09-cv-00724-DME-MEH

| | | |
|---|---|---|
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY | PLAINTIFF/ COUNTER-DEFENDANT, | |
| v. | | **SUMMONS** |
| COMMERCIAL CAPITAL, INC. ONEWEST BANK, FSB DEUTSCHE BANK NATIONAL TRUST COMPANY | DEFENDANTS/ COUNTER-CLAIMANTS. | |
| COMMERCIAL CAPITAL, INC. ONEWEST BANK, FSB DEUTSCHE BANK NATIONAL TRUST COMPANY FALL RIVER VILLAGE COMMUNITIES, LLC, | CROSS-CLAIMANTS | |
| v. | | |
| DENVER HASLAM COMMERCIAL CAPITAL, INC. ONEWEST BANK, FSB DEUTSCHE BANK NATIONAL TRUST COMPANY, | CROSS-CLAIM DEFENDANTS. | |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, DENVER HASLAM | THIRD-PARTY PLAINTIFFS, | |
| v. | | |
| MERITPLAN INSURANCE COMPANY, | THIRD-PARTY DEFENDANT. | |

To the above named Third Party Defendant(s):     MeritPlan Insurance Company

A lawsuit has been filed against you by Cross-Claim Defendant/Third-Party Plaintiff Denver Haslam.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the parties an answer to the attached third-party complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on cross-claim defendant/third-party plaintiff's attorney, Michael Connolly, Esq., whose address is 8000 E. Maplewood Ave, Suite 130, Greenwood Village, Colorado  80111.  If you fail to do so, judgment by default will be entered against you for the relief demanded in the third-party complaint.  You also must file the answer or motion with the court and serve it on any other parties.



Gregory C. Langham, Clerk

By: s/S. Hartmann

Deputy Clerk

(Seal of the Court)

Date: March 28, 2012

Clerk, U.S. District Court, C-145 U.S. Courthouse, Denver, Colorado 80294-3589

NOTE: This summons is issued pursuant to Rule 4 of the Federal Rules of Civil Procedure.

| **RETURN OF SERVICE** | |
|---|---|
| NAME OF SERVER: | TITLE: |

Check one box to indicate appropriate method of service.

☐ Served personally upon the defendant. Place were left:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint where left:

☐ Returned unexecuted::

☐ Other (specify):

**STATEMENT OF SERVICE OF FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service is true and correct.

Executed on: _____
Date

_____
Signature of Server

_____
Address of Server