**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-00724-DME-MEH

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, INC.,

    Plaintiff,

v.

COMMERCIAL CAPITAL, INC., et al.,

---

**ORDER RESCHEDULING MOTIONS HEARING**

---

This matter is scheduled for a motions hearing on Tuesday, May 22, 2012.   It is

ORDERED that this motions hearing is rescheduled for May 24, 2012.  The hearing will commence at 9:30 a.m. and go through noon, and continue again at 2:00 p.m. through 3:30 p.m., if necessary.

The parties should be prepared to argue all pending motions at this hearing.

DONE AND SIGNED this   24th   day of April, 2012.

                                                BY THE COURT:

                                                *s/ David M. Ebel*

                                                David M. Ebel
                                                United States Circuit Judge
                                                District of Colorado