IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.  09-cv-00724-DME-MEH | Date:  April 24, 2012 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom A501** |

AMERICAN FAMILY MUTUAL INSURANCE COMPANY INC.,     Kathleen Chaney

     Plaintiff,

vs.

DENVER HASLAM,
COMMERCIAL CAPITAL, INC.,
MIKEL MEWBOURN,
M&B DEVELOPMENT GROUP, INC.,
FALL RIVER VILLAGE COMMUNITIES, LLC,
ONEWEST BANK, FSB, and     Michael Carrigan
DEUTSCHE BANK NATIONAL TRUST COMPANY, and
MERITPLAN INSURANCE COMPANY,     John Morning

     Defendants,

v.

JAMES T. MARKUS,     John Young

     Cross Claimant.

ADLFINGER INSURANCE AGENCY,

     Interested Party.

**COURTROOM MINUTES/MINUTE ORDER**

**MOTION HEARING**

**Court in session:     11:03 a.m.**

Court calls case.  Appearances of counsel.

Discussion regarding Motion for Reconsideration of the Court's Order on American Family's Motion for Protective Order Re: Fed. R. Civ. P. 30(b)(6) Deposition of American Family filed by Defendants OneWest Bank and Deutsche Bank National Trust Company (Doc. #581, filed 4/23/12).

**ORDERED:** For reasons stated on the record, Motion for Reconsideration of the Court's Order on American Family's Motion for Protective Order Re: Fed. R. Civ. P. 30(b)(6) Deposition of American Family filed by Defendants OneWest Bank and Deutsche Bank National Trust Company (Doc. #581, filed 4/23/12) is DENIED.

**Court in recess:**     **11:12 a.m.  (Hearing concluded)**
**Total time in court:**  0:09