IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 09-cv-00724-DME-MEH | Date: April 24, 2012 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom A501** |

| | |
|---|---|
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY INC., | Kathleen Chaney |
| Plaintiff, | |
| vs. | |
| DENVER HASLAM, COMMERCIAL CAPITAL, INC., MIKEL MEWBOURN, M&B DEVELOPMENT GROUP, INC., FALL RIVER VILLAGE COMMUNITIES, LLC, ONEWEST BANK, FSB, and DEUTSCHE BANK NATIONAL TRUST COMPANY, and | Michael Carrigan |
| MERITPLAN INSURANCE COMPANY, | John Morning |
| Defendants, | |
| v. | |
| JAMES T. MARKUS, | John Young |
| Cross Claimant. | |
| ADLFINGER INSURANCE AGENCY, | |
| Interested Party. | |

**COURTROOM MINUTES/MINUTE ORDER**

**MOTION HEARING**

**Court in session:** **11:03 a.m.**

Court calls case. Appearances of counsel.

Discussion regarding Motion for Reconsideration of the Court's Order on American Family's Motion for Protective Order Re: Fed. R. Civ. P. 30(b)(6) Deposition of American Family filed by Defendants OneWest Bank and Deutsche Bank National Trust Company (Doc. #581, filed 4/23/12).

**ORDERED:** For reasons stated on the record, Motion for Reconsideration of the Court's Order on American Family's Motion for Protective Order Re: Fed. R. Civ. P. 30(b)(6) Deposition of American Family filed by Defendants OneWest Bank and Deutsche Bank National Trust Company (Doc. #581, filed 4/23/12) is DENIED.

**Court in recess:**   **11:12 a.m.  (Hearing concluded)**
**Total time in court:**  0:09