**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:09-cv-00724-DME-MEH

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Plaintiff,

v.

COMMERCIAL CAPITAL, INC., *et al.*,

    Defendants.

**ORDER RE: JOINT MOTION FOR LEAVE TO RESUBMIT THE
BANKS' RESPONSE TO JOINT MOTION TO DISMISS THE BANKS' NEWLY
ASSERTED COUNTERCLAIMS AND CROSS-CLAIMS IN COMPLIANCE
WITH THE COURT'S PAGE LIMITATIONS AND JOINT MOTION FOR
EXTENSION OF TIME FOR AMERICAN FAMILY TO FILE A REPLY
TO THE BANKS' RESUBMITTED RESPONSE**

This matter comes before the Court on Plaintiff American Family Mutual Insurance Company's ("American Family") and Defendants OneWest Bank, FSB's ("OneWest") and Deutsche Bank National Trust Company's ("Deutsche") joint motion for leave to resubmit the Banks' response to joint motion to dismiss the Banks' newly asserted counterclaims and cross-claims in compliance with the Court's page limitations and joint motion for extension of time for American Family to file a reply to the Banks' resubmitted response.  Having reviewed the Motion and otherwise being fully advised, the Court Finds and Orders as Follows:

The Court ORDERS that American Family's and the Banks' joint motion is GRANTED. The Banks shall have three business days from the date of this Order to resubmit [Dkt. 522] in conformity with the page limits contained in the Court's practice standards.  American Family

shall have seven business days to submit a reply after being served with the Banks' resubmitted response.

Dated this 27th day of April, 2012.

BY THE COURT:

*s/ David M. Ebel*

David M. Ebel
Circuit Judge