# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00724-DME-MEH

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, INC., a Wisconsin corporation,

       Plaintiff,

v.

COMMERCIAL CAPITAL, INC., et al.

## ORDER

Upon notification from Magistrate Judge Hegarty that all parties have reached settlement in this matter, it is hereby ORDERED that the upcoming motions hearing scheduled for May 24, 2012, is vacated.

The parties are further ORDERED to advise the Court by joint stipulation to dismiss this case when the settlement is consummated.  If settlement is not consummated within thirty days, the parties are ORDERED to submit to the Court a joint statement of the status of the case.

DONE AND SIGNED this  17th  day of May, 2012.

                                    BY THE COURT:

                                    *s/ David M. Ebel*

                                    DAVID M. EBEL
                                    U.S. CIRCUIT JUDGE
                                    DISTRICT OF COLORADO