IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:09-cv-00724-DME-MEH

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Plaintiff,

v.

COMMERCIAL CAPITAL, INC., *et al.*,

    Defendants.

## ORDER RE: PARTIALLY AGREED MOTION FOR ADMINISTRATIVE CLOSURE, VACATING TRIAL DATE AND RELATED DEADLINES AND SETTING SETTLEMENT CONFERENCE

This matter comes before the Court on the parties' Partially Agreed Motion for Administrative Closure, Vacating Trial Date and Related Deadlines and Setting Settlement Conference [Doc. No. 618]. Having reviewed the motion and otherwise being fully advised, the Court ORDERS as follows:

1.    The Court will retain jurisdiction over this case but, pursuant to D.C.COLO.LCivR Rule 41.2, the case will be administratively closed, subject to reopening upon a showing of good cause.

2.    The trial scheduled to commence July 30, 2012, the Trial Preparation Conference scheduled for July 25, and all other related dates and deadlines are vacated.

3.    Denver Haslam; OneWest Banks, FSB; Deutsche Bank National Trust Company; Commercial Capital, Inc.; Fall River Village Communities, LLC; and Meritplan

Insurance Co. and their counsel shall attend a mediation before Magistrate Judge Hegarty on June 28, 2012, at 8:00 a.m. for the purposes of attempting to settle and resolve the outstanding claims asserted against and asserted by Denver Haslam in this action and any other remaining open issues or disputes.  Any parties who reside out of state may attend by telephone as long as their counsel attends in person.

4. Denver Haslam; OneWest Banks, FSB; Deutsche Bank National Trust Company; Commercial Capital, Inc.; Fall River Village Communities, LLC; and Meritplan Insurance Co. shall submit settlement statements to Magistrate Judge Hegarty on or before June 25, 2012.

5. American Family Mutual Insurance Company has indicated that all claims involving it are settled.  That matter shall be addressed in the joint status report to be filed on July 15, 2012, as ordered in paragraph 6 below.

6. In the event full and final settlement is not reached at the June 28, 2012, mediation, the parties shall file a joint status report by July 15, 2012.

Dated this  6th  day of June, 2012.

BY THE COURT:

s/ David M. Ebel

David M. Ebel
Circuit Judge