IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00724-DME-MEH

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

    Plaintiff,

v.

DENVER HASLAM,
COMMERCIAL CAPITAL, INC.,
ONEWEST BANK, FSB,
DEUTSCHE BANK NATIONAL TRUST COMPANY,

    Defendants;

JAMES T. MARKUS, Chapter 11 Trustee for Commercial Capital Inc.,

    Interested Party;

DENVER HASLAM,

    Counter Claimant,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

    Counter-Defendant;

ONEWEST BANK, FSB,
DEUTSCHE BANK NATIONAL TRUST COMPANY, and
FALL RIVER VILLAGE COMMUNITIES, LLC,

    Cross-Claimants,

v.

DENVER HASLAM,

    Cross-Claim Defendant.

## ORDER

**Michael E. Hegarty, United States Magistrate Judge**.

Commercial Capital, Inc., OneWest Bank, FSB, and Deutsche Bank National Trust Company are directed to file a joint status report upon the occurrence of any material event concerning their efforts to finalize all claims among them, American Family Mutual Insurance Company, MeritPlan Insurance Company, and Denver Haslam, including any order of the United States Bankruptcy Court approving or rejecting CCI's settlement with American Family and the Banks.

Dated at Denver, Colorado, this 16th day of August, 2012.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge