IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:09-cv-00724-DME-MEH

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Plaintiff,

vs.

COMMERCIAL CAPITAL, INC., *et al.*

    Defendants.

## ORDER GRANTING JOINT MOTION TO DISMISS THE BANKS' CROSS-CLAIMS AGAINST HASLAM WITHOUT PREJUDICE

THIS MATTER having come before the Court on Counter-claimants OneWest Bank, FSB's ("OneWest") and Deutsche Bank National Trust Company's ("Deutsche Bank") (collectively "the Banks"), and Cross-claim Defendant Denver Haslam's ("Haslam") Joint Motion to Dismiss the Banks' Cross-Claims Against Haslam Without Prejudice, and the Court having reviewed the Motion and being fully informed regarding the same, finds that good cause exists to grant the Motion.

IT IS THEREFORE ORDERED that the Banks' and Haslam's Joint Motion to Dismiss the Banks' Cross-Claims Against Haslam Without Prejudice is hereby GRANTED. The Banks' cross-claims against Haslam alleged in Dkts. 159 and 466 are DISMISSED WITHOUT PREJUDICE.

Dated: October 30, 2012.

                                        *s/ David M. Ebel*

                                        The Honorable David M. Ebel
                                        Circuit Judge