# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:09-cv-00724-DME-MEH

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Plaintiff,

v.

COMMERCIAL CAPITAL, INC., *et al.*,

    Defendants.

## ORDER REOPENING CASE AND DISMISSING CLAIMS

The Court previously administratively closed this case, pursuant to D.C.COLO.LCivR Rule 41.2, subject to reopening for good cause. (Doc. 619.) This matter is now before the Court on the Joint Motion to Dismiss Denver Haslam's Third-Party Claims Against Meritplan Insurance Company With Prejudice (Doc. 631). The Court reopens this case after concluding this motion presents good cause to do so. Further, the Court GRANTS the Motion to Dismiss and dismisses with prejudice Haslam's claims asserted against Meritplan, each party to pay its own costs. By separate orders, the Court today resolves all remaining claims in this case and, therefore, directs the clerk to enter judgment accordingly.

    Dated this    30th    day of      October     , 2012.

                                                             BY THE COURT:

                                                            *s/ David M. Ebel*

                                                            U. S. CIRCUIT COURT JUDGE